NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EDGARDO J. TORRES-NEVAREZ,          )
                                    )
          Appellant,                )
                                    )
v.                                  )          Case No. 2D16-2643
                                    )
STATE OF FLORIDA,                   )
                                    )
          Appellee.                 )
_____    )

Opinion filed April 20, 2018.

Appeal from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Edgardo J. Torres-Nevarez, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Chelsea S. Alper,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


NORTHCUTT, CRENSHAW, and MORRIS, JJ., Concur.